IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00413-WYD-MEH

LIDIA BARRERA, and
TELESFORO BARRERA, SR.,

    Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2012.**

    Plaintiffs' Unopposed Motion to Amend Scheduling Order [filed August 10, 2012; docket #26] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

    Deadline for joinder of parties and amendment of pleadings:    **August 26, 2012**

All other deadlines remain in effect.