IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00413-WYD-MEH

LIDIA BARRERA, and
TELESFORO BARRERA, SR.,

    Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2012.**

    Defendant's Unopposed Motion for Entry of Agreed Order of Confidentiality [filed October 2, 2012; docket #45] is **granted** and the proposed Agreed Order of Confidentiality is accepted, issued and filed contemporaneously with this minute order.