IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00413-WYD-MEH | Date: November 5, 2012 |
| Courtroom Deputy: Nick Richards | **FTR – Courtroom A501** |

| | |
|---|---|
| LIDIA BARRERA and<br>TELESFORO BARRERA, SR.<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY<br>AND CASUALTY COMPANY<br><br>    Defendant. | Barrett Thomas Weisz<br>Michael Justin Rosenberg<br>Nelson Andrew Waneka<br><br><br><br><br>Bruce William Kelley |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 10:08 a.m.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Questions from the Court, argument and discussion regarding Plaintiffs' Motion to Amend the Complaint to Add a Claim for Exemplary Damages [Doc. No. 31, filed August 27, 2012].

Plaintiffs call Garth H. Allen to testify. Mr. Allen sworn in by the Court.

**Court in recess: 12:25 p.m.**
**Court in session: 12:29 p.m.**

**ORDERED:** Plaintiffs' Motion to Amend [31] is **TAKEN UNDER ADVISEMENT**. The Court shall issue a written ruling on this matter.

**Court in recess: 1:23 p.m.  (Hearing concluded)**
**Total time in court:**   3:11