IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00413-WYD-MEH

LIDIA BARRERA and
TELESFORO BARRERA, SR.,

    Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court in connection with Plaintiffs' Motion to Amend the Complaint to Add a Claim for Exemplary Damages filed August 27, 2012.  This motion was referred to Magistrate Judge Hegarty for a recommendation.  A Recommendation of United States Magistrate Judge was issued on November 15, 2012, and is incorporated herein by reference.  Magistrate Judge Hegarty recommends therein that Plaintiffs' motion be denied.  Recommendation at 1.

    Magistrate Judge Hegarty advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.  Recommendation at 1 n. 1.  Despite this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  Summers v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress

intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find no error in Magistrate Judge Hegarty's finding, after an evidentiary hearing, that Plaintiffs' evidence does not support a claim for exemplary damages, *i.e.*, that "'the injury complained of is attended by circumstances of fraud, malice, or willful and wanton conduct[.]'" Recommendation at 6 (quoting Colo. Rev. Stat. § 130210102(a)(1)).  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated November 15, 2012 (ECF No. 66) is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Plaintiffs' Motion to Amend the Complaint to Add a Claim for Exemplary Damages (ECF No. 31) Is **DENIED**.

Dated:  December 17, 2012

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).