IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00413-WYD-MEH

LIDIA BARRERA and
TELESFORO BARRERA, SR.,

     Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant's Unopposed Motion to Withdraw Plaintiffs' Motion for Summary Judgment and for Leave to File an Amended Motion for Summary Judgment After the Deadline for the Filing of Dispositive Motions filed January 4, 2013, is **GRANTED**.  The Motion for Summary Judgment filed on January 2, 2013, is **WITHDRAWN**.  Defendant is granted leave to file its amended summary judgment motion.

     Dated:  January 7, 2013