IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00413-WYD-MEH

LIDIA BARRERA and
TELESFORO BARRERA, SR.,

      Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

      Defendant.

_____

## MINUTE ORDER

_____

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion for Leave to File Surreply to Defendant American National Property and Casualty Company's Amended Motion for Summary Judgment [Doc. No. 76] filed on March 11, 2013 (ECF No. 89) is **GRANTED**.  The Surreply shall not exceed ten (10) pages in length.

      Dated:  March 14, 2013